# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2443
Lower Tribunal No. 2023-GA-000486

_____

IN RE: Guardianship of N.J.T.

HERBERT TAPIA,

Appellant,

v.

LINDA TAPIA, as Guardian Advocate of the Person and Property of N.J.T.,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Michael Murphy, Judge.

October 21, 2025

PER CURIAM.

   AFFIRMED.

MIZE, BROWNLEE and GANNAM, JJ., concur.


Michael Ferderigos, Windermere, for Appellant.

Stephanie Reed Traband and Briana Josephs, of McCarter & English, LLP, Coral Gables, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED